Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Mark Howard

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HOWARD, | Case No.: 2:19-cv-02040-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Mark Howard ("Plaintiff") and Andrew Saul as the Commissioner of Social Security ("Defendant"), that this

-1-

matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: February 18, 2020   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY: _____
Young Cho
Attorney for plaintiff Mark Howard

DATE: February 18, 2020   McGREGOR W. SCOTT
United States Attorney

/s/ *Margaret I. Branick-Abilla*

MARGARET I. BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant ANDREW SAUL,
Commissioner of Social Security

(Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE: February 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE